SNCO KS DISTRICT COURT
2023 JAN 17 AM9:23:50

NO. 2022-CV-000201

| | | |
|---|---|---|
| **MIDFIRST BANK/MIDLAND MORTGAGE** | § | **IN THE DISTRICT COURT** |
| **Plaintiff,** | § | |
| | § | |
| **V.** | § | |
| | § | |
| **ANNETTE JETER-SIPPLE** | § | |
| **Aggrieved Respondent.** | § | **OF SHAWNEE COUNTY, KANSAS** |

## DEFENDANT'S NOTICE OF FILING NOTICE OF REMOVAL

TO: William H, Meyer
    Southlaw P.C
    13160 Foster StUnit100, Overland Park, Kansas, 66213

Please take notice that on January 17th, 2023, **ANNETTE JETER-SIPPLE** Aggrieved Respondent in the above-entitled action, filed Notice of Removal, copies of which are attached hereto, of the above-entitled action to the United States District Court for the Northern District of Kansas.

You are also advised that Aggrieved Respondent, on filing such Notice of Removal in the office of the Clerk of the United States District Court for the Northern District of KANSAS, , also filed copies thereof with the Clerk of the  District Court of Shawnee County, Kansas to effect removal pursuant to 28 U.S.C. §1446(d).

Dated: _____

                                            Respectfully submitted,
                                            Annette Jeter-Sipple
                                        By: _____
                                        U.C.C. 1-308 ALL RIGHTS RESERVED
                                        E-Mail: Sippnu@gmail.com
                                        P.O. Box 67711
                                        Near Topeka, Kansas Republic [66667]

                                        • Authorized Representative for

ANNETTE JETER-SIPPLE ESTATE

1

## **CERTIFICATE OF SERVICE**

I certify that on January 17th, 2023, a true and correct copy of Defendant's Notice of Removal was served by mail on William H, Meyer 13160 Foster St Unit 100, Overland Park, Kansas 66213.

U.C.C. 1-308 ALL RIGHTS RESERVED

2

## AFFIDAVIT

STATE KANSAS       §
               §
COUNTY __Shawnee_____ §

   I, U.C.C. 1-308 ALL RIGHTS RESERVED, being first duly sworn, depose and say that I served the foregoing Notice and a copy of the Notice of Removal therein mentioned on Aaron R, Bailey, attorney of record for Plaintiff MIDFIRST BANK/ MIDLAND MORTGAGE in Cause No. 2022-CV-000201, filed in the District Court of Shawnee County, Kansas by mail on January 17th, 2023.

                    by: *Annette pt Sippel*

                    U.C.C. 1-308 ALL RIGHTS RESERVED
                    Authorized Representative

**SUBSCRIBED AND SWORN TO BEFORE ME** on __1/16/23_____, by
_____.

                    Notary Public, State of Kansas

*[Notary seal: ARLESIA DIANNE JOHNSON, Notary Public - State of Kansas, My Appointment Expires 7/14/25]*