# United States District Court

------------------------- DISTRICT OF KANSAS--------------------------

**MIDFIRST BANK,**

        **Plaintiffs,**

v.                                              Case No:   23-4013-EFM

**ANNETTE E. JETER-SIPPLE
And GARY SIPPLE,**

        **Defendants,**

## JUDGMENT IN A CIVIL CASE

☐  Jury Verdict.  This action came before the Court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☒  Decision by the Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.  IT IS ORDERED

that pursuant to the Memorandum and Order filed on April 19, 2023, Doc. 24, the case is remanded to the District Court of Shawnee County, Kansas.

This case is closed.

  April 19, 2023                                            SKYLER O'HARA
     Date                                                 CLERK OF THE DISTRICT COURT

                                                            by:  s/  Cindy McKee
                                                                   Deputy Clerk